440 F.2d 791
 3 Fair Empl.Prac.Cas. 309, 3 Empl. Prac. Dec.
P 8179,
65 Lab.Cas. P 11,653
 Angelo J. PERRINO, individually and on behalf of all others
similarly situated, Plaintiff-Appellant,
v.
SOUTHERN BELL TELEPHONE AND TELEGRAPH COMPANY, and
Communication Workers of America, Local 3107,
Defendants-Appellees.
 No. 31008 Summary Calendar.*
 United States Court of Appeals, Fifth Circuit.
 March 15, 1971.
 
 Joel Hirschhorn, Abramson, Rosenthal & Hirschhorn, P.A., Miami, Fla., for appellant.
 Vincent L. Sgrosso, Atlanta, Ga., Hubert F. Owens, Walton, Lantaff, Schroeder, Carson & Wahl, John H. Wahl, Jr., Miami, Fla., for Southern Bell Tel. & Tel. Co.
 Charnelle H. Summers, Jr., Miami, Fla., John Leon Adair, Adair, Goldthwaite, Stanford & Daniel, Atlanta, Ga., for appellee Communications Workers of America, Local 3107.
 Before BELL, AINSWORTH and GODBOLD, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 1
 *Rule 18, 5 Cir.; Isbell Enterprises, Inc. v. Citizens Casualty Company of New York et al., 5th Cir. 1970, 431 F.2d 409, Part I.
 
 
 
 [1]
 See N.L.R.B. v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966